**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTIAN L'DAMIAN KNIGHT**                                          **PLAINTIFF**
**#103118**

v.                      **No: 4:20-cv-00143 LPR-PSH**

**SALINE COUNTY SHERIFF'S**
**DEPARTMENT,** *et al.*                                                  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation (Doc. No. 6) submitted by United States Magistrate Judge Patricia S. Harris, and the timely objections. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Knight's complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

Knight's Motion for Leave to Filed Amended Complaint (Doc. No. 10) is DENIED, because it also fails to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 4th day of June, 2020.

                                                       <u>Billy Roy Wilson</u>
                                                       UNITED STATES DISTRICT JUDGE