IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTIAN L'DAMIAN KNIGHT**                                           **PLAINTIFF**
**#103118**

**v.**                  **No: 4:20-cv-00143 LPR-PSH**

**SALINE COUNTY SHERIFF'S
DEPARTMENT,** *et al.*                                                              **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is DISMISSED.

IT IS SO ORDERED this 4th day of June, 2020.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE